IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELONIE R. GARCIA-MARQUEZ,

    Plaintiff,

v.                                                                      Civ. No. 19-598 GBW

ANDREW SAUL,
*Commissioner of Social Security*,

    Defendant.

## ORDER DENYING MOTION
## FOR LEAVE TO PROCEED IN FORMA PAUPERIS

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"). *Doc. 2*. Although Plaintiff's filing is styled as a Motion for IFP, the document's content is a copy of Plaintiff's Complaint. *See id*. It neither requests leave to proceed in forma pauperis nor includes the required affidavit regarding Plaintiff's financial situation. *See* 28 U.S.C. § 1915(a).

Plaintiff's Motion for Leave to Proceed in Forma Pauperis (*doc. 2*) is therefore DENIED WITHOUT PREJUDICE. The Court will consider, in future, any correctly filed Motion for IFP that meets the requirements of 28 U.S.C. § 1915(a).

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE