IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELONIE R. GARCIA-MARQUEZ,

    Plaintiff,

v.                                                        Civ. No. 19-598 GBW

ANDREW SAUL,
*Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER GRANTING EXTENSION OF BRIEFING DEADLINES

This matter comes before the Court upon Plaintiff's Motion for Extension of Time in Which to File Her Motion. *Doc. 23*. Plaintiff does not indicate in her motion whether she sought Defendant's concurrence or whether Defendant opposes her request for extension. Under Local Rule 7.1(a), a party must seek concurrence for her motion and indicate whether the motion is opposed or else her motion may be denied. *See* D.N.M.LR-Civ. 7.1(a). However, given that Plaintiff is proceeding *pro se*, the Court will overlook the omission on this occasion. Therefore, the Court GRANTS Plaintiff's motion and hereby extends the briefing deadlines in this case by fourteen (14) days.

**IT IS THEREFORE ORDERED AS FOLLOWS**:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum on or before **December 31, 2019**;

(2) Defendant shall file a Response on or before **March 2, 2020**;

(3) Plaintiff may file a Reply on or before **March 16, 2020**;

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority[1] in support of propositions of law; and

**(5)** **All requests for extension of time altering the deadlines herein shall be made through a motion to the Court**. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] Citation of unpublished opinions must be in accordance with Tenth Circuit Rule 32.1.